FILED
CLERK, U.S. DISTRICT COURT

APR 24 2024

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:24-MJ-02421 |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| ) | (Fed.R.Crim.P. 32.1(a)(6) |
| v. ) | 18 U.S.C. § 3143(a) |
| ) | Allegations of Violations of |
| Carmelo Camarillo-Lopez, ) | Probation/Supervised Release |
| ) | Conditions) |
| Defendant. ) | |

    On arrest warrant issued by the United States District Court for the ___WDTX___ involving alleged violations of conditions of probation/supervised release:

    1.    The court finds that no condition or combination of conditions will reasonably assure:

        A.    (✓) the appearance of defendant as required; and/or

        B.    (  ) the safety of any person or the community.

///
///
///
///
///

2.  The Court concludes:

   A.  ( ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

   _____

   _____

   _____

   _____

   _____

   B.  (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: illegal status / history of related arrests / deportations; family ties outside of this country; minimal ties in the CDCA

   _____

IT IS ORDERED that defendant be detained.

DATED: 4/24/2024

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge

2